IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00665-RPM-CBS

THE UNITED STATES OF AMERICA, for the Use and Benefit of
EDLUND ELECTRIC, INC., d/b/a Viking Electric, Inc.,

    Plaintiff,

v.

TOWER I CONSTRUCTION COMPANY and
WESTERN SURETY COMPANY,

    Defendants.
_____

## ORDER DENYING MOTION TO CONSOLIDATE
_____

    After review of Defendants Western Surety Company and Tower I Construction Company's Motion to Consolidate, filed May 29, 2013 [19], and the response by Plaintiff Edlund Electric, Inc., filed June 19, 2013 [22], it is

    ORDERED that the motion to consolidate is denied.

    DATED: June 24th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge