IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00665-RPM-CBS

THE UNITED STATES OF AMERICA, for the Use and Benefit of
EDLUND ELECTRIC, INC., d/b/a Viking Electric, Inc.,

    Plaintiff,

v.

TOWER I CONSTRUCTION COMPANY and
WESTERN SURETY COMPANY,

    Defendants.
_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [60] filed April 4, 2014, it is

    ORDERED that this action is dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

    DATED: April 7th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge